# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr- 276 CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT MAESTAS, and
2. BERNADETTE MAESTAS,

    Defendants.

## INDICTMENT

**Possession of Contraband in Prison**
**18 U.S.C. § 1791(a)(2)**

**Introduction of Contraband in Prison**
**18 U.S.C. § 1791(a)(1)**

The Grand Jury charges:

## COUNT ONE

On or about November 4, 2018, in the State and District of Colorado, the defendant, ROBERT MAESTAS, being an inmate of a prison, as defined in Title 18, United States Code, Section 1791(d)(4), did knowingly possess and obtain a prohibited object, namely buprenorphine, a narcotic drug, as defined in Title 18, United States Code, Sections 1791(d)(1)(C) and (d)(1)(G)(3), and Title 21, Code of Federal Regulations, Section 1308.13(e)(2)(i).

All in violation of Title 18, United States Code, Sections 1791(a)(2), (b)(1), (d)(1)(C), and (d)(1)(G)(3).

## **COUNT TWO**

On or about November 4, 2018, in the State and District of Colorado, the defendant, BERNADETTE MAESTAS, contrary to 28 C.F.R. § 511.11-12, did knowingly provide and attempt to provide a prohibited object, namely buprenorphine, a narcotic drug, as defined in Title 18, United States Code, Sections 1791(d)(1)(C) and (d)(1)(G)(3), and Title 21, Code of Federal Regulations, Section 1308.13(e)(2)(i), to an inmate or inmates at the Federal Correctional Institution in Florence, Colorado, a federal prison in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General.

All in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(1), (d)(1)(C), and (d)(1)(G)(3).

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

Respectfully submitted,

JASON R. DUNN
United States Attorney


*s/Clay C. Cook*
CLAY C. COOK
Special Assistant United States Attorney
E-mail: clay.cook@usdoj.gov


*s/Valeria N. Spencer*
VALERIA N. SPENCER
Assistant United States Attorney
E-mail: valeria.spencer@usdoj.gov

United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403

Attorneys for the Government